In the Matter of DENNIS G. CRONIN, Petitioner, v. FRANCIS B. LOONEY, as Commissioner of Police of the County of Nassau, Respondent.—

538

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.